# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00130-CR

**Ricardo Jaminez Sosa, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 15-1924-K26, THE HONORABLE DONNA GAYLE KING, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for appellant Ricardo Jaminez Sosa, Jr., has filed a motion to permanently abate this appeal because, she advises us, Sosa has died. Where, as here, an appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the court is to permanently abate the appeal. *See* Tex. R. App. P. 7.1(a)(2). Accordingly, we grant the motion and permanently abate the appeal.

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Triana and Smith

Permanently Abated

Filed: December 20, 2019

Do Not Publish